No. 17–0169/AF. U.S. v. Marcus A. Mancini. CCA 38783. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 23, 2017.

Thursday, January 5, 2017

No. 16–0497/MC. U.S. v. Reece N. Tso. CCA 201400379. On further consideration of the record and the pleadings, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED WHEN HE INSTRUCT-ED THE MEMBERS, "IF BASED ON YOUR CONSIDERATION OF THE EVIDENCE, YOU ARE FIRMLY CONVINCED THE ACCUSED IS GUILTY OF THE CRIME CHARGED, YOU MUST FIND HIM GUILTY," WHERE SUCH AN INSTRUCTION IS IN VIOLATION OF *UNITED STATES v. MARTIN LINEN SUPPLY CO.*, 430 U.S. 564, 572–73 (1977), AND THERE IS INCONSISTENT APPLICATION BETWEEN THE SERVICES OF THE INSTRUCTIONS RELATING TO WHEN MEMBERS MUST OR SHOULD CONVICT AN ACCUSED.

No briefs will be filed under Rule 25.

No. 17–0123/AF. U.S. v. Courtney R. Canada. CCA S32298. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED WHEN HE TWICE IN-STRUCTED THE MEMBERS, "IF, BASED ON YOUR CONSIDER-ATION OF THE EVIDENCE, YOU ARE FIRMLY CONVINCED THAT THE ACCUSED IS GUILTY OF ANY OFFENSE CHARGED, YOU MUST FIND HIM GUILTY," WHERE SUCH AN INSTRUCTION IS IN VIOLATION OF *UNITED STATES v. MARTIN LINEN SUPPLY CO.*, 430 U.S. 564, 572–73 (1977), AND THERE IS INCONSISTENT APPLICA-TION BETWEEN THE SERVICES OF THE INSTRUCTIONS RELAT-ING TO WHEN MEMBERS MUST OR SHOULD CONVICT AN AC-CUSED.

No briefs will be filed under Rule 25.